DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-373

[May 2, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 07-18605CF10A, 07-20600CF10A and 08-02323CF10A.

Stanley L. Brown, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***